# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>Barry J. Lafleur (YOB: 1964)<br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No.   1:22MJ05LDA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   6/1/2021 - 9/18/2021   in the county of _____   in the _____ District of   Rhode Island   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threats to injure the person of another transmitted in interstate or foreign commerce. |

This criminal complaint is based on these facts:

See the attached Affidavit of Task Force Officer Scott Chanthaphouvong with the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

*Complainant's signature*

Task Force Officer, Scott Chanthaphouvong ~ FBI
*Printed name and title*

Sworn to before me and signed  [Telephone]

Date:   January 31, 2022

*Judge's signature*

City and state:   Providence, Rhode Island   Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*